# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARDEN CITY BOXING CLUB, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV360 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **ANTONIO CORTEZ, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on September 14, 20057, a letter (Filing No. 4) was sent to:

> Thomas P. Riley
> RILEY LAW FIRM
> 1114 Fremont Avenue
> First Library Square
> South Pasadena, CA, 91030-3227

from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen days. As of the close of business on October 18, 2007, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **October 26, 2007**, attorney, Thomas P. Riley, shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 19th day of October, 2007.

> BY THE COURT:
> s/ Thomas D. Thalken
> United States Magistrate Judge