Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| Garden City Boxing Club, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Antonio Cortez, et al.<br><br>Defendants. | CASE NO. CV 07-0360 JFB-TDT<br><br>SECOND AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ANTONIO CORTEZ AND ZOILA CORTEZ, individually and GUADALAJARA RESTAURANT, INC. d/b/a GUADALAJARA RESTAURANT & SPORTS BAR |

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendant ANTONIO CORTEZ AND ZOILA CORTEZ, individually and Guadalajara Restaurant, Inc., d/b/a Guadalajara Restaurant & Sports Bar, that the above-entitled action is hereby dismissed **without prejudice** against ANTONIO CORTEZ AND ZOILA CORTEZ, individually and d/b/a Guadalajara Restaurant, Inc., d/b/a Guadalajara Restaurant & Sports Bar and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 15, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

STIPULATION OF DISMISSAL
CV 07-0360 JFB-TDT
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 7, 2008         *s/ Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              GARDEN CITY BOXING CLUB, INC.


Dated: August 7, 2008         s/ Thomas P. Riley
                              **ERIC R. CHANDLER, ATTORNEY-AT-LAW**
                              By: Eric R. Chandler
                              Attorneys for Defendants
                              ANTONIO CORTEZ AND ZOILA CORTEZ,
                              individually and d/b/a Guadalajara Restaurant, Inc.,
                              d/b/a Guadalajara Restaurant & Sports Bar


**IT IS SO ORDERED**:



**s/ Joseph F. Bataillon**              Dated:  August 7, 2008
**The Honorable Joseph F. Bataillon**
**United States District Court**
**District of Nebraska**


## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

**STIPULATION OF DISMISSAL**
**CV 07-0360 JFB-TDT**
**PAGE 2**

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 7, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ANTONIO CORTEZ AND ZOILA CORTEZ, individually and d/b/a GUADALAJARA RESTAURANT, INC., d/b/a GUADALAJARA RESTAURANT & SPORTS BAR**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Eric Chandler, Esquire | Attorneys for Defendants |
| Eric Chandler, Attorney-at-Law | Antonio Cortez and Zoila Cortez, |
| 406 N. 130th Street, Ste. 101 | individually, and Guadalajara Restaurant, |
| Omaha, NE 68154 | Inc., d/b/a Guadalajara Restaurant & |
| | Sports Bar |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 7, 2008, at South Pasadena, California.

Dated: August 7, 2008         s/ Michelle Ferreira
                              MICHELLE FERREIRA

**STIPULATION OF DISMISSAL**
**CV 07-0360 JFB-TDT**
**PAGE 3**